UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re:

|  | |
|---|---|
| ML SEAFOOD CORP. | Case No. |
| | Chapter 11 |

Debtor.

-----------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007 (a)(1) AND EDNY LBR 1073-3

Pursuant to FRBP 1007(a)(1) and E.D.N.Y. LBR 1073-3, I, <u>Tony Li</u>, the undersigned in the above-captioned case, hereby declares under penalty of perjury under the laws of the United States that the following is true and correct:

*[Check the appropriate boxes and, if applicable, provide the required information.]*

1.      I have personal knowledge of the matters set forth in this Statement because:

(x) l am the president or other officer or an authorized agent of the Debtor corporation
( ) I am a party to an adversary proceeding
( ) I am a party to a contested matter
( ) I am the attorney for the Debtor corporation

2.      a. ( ) The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

b. (x) There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated: Queens, New York                         By:  _/s/ Tony Li_
      October 28, 2015                              Tony Li, President