UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

                                                                                                    Case No.

ML SEAFOOD CORP.,                                         Chapter 11

                Debtor
-----------------------------------------------------------------x

### **CORPORATE RESOLUTION PURSUANT TO EDNY LBR 1074-1(a) AUTHORIZING CHAPTER 11 FILING**

       The undersigned, the President of ML Seafood Corp., a corporation organized under the laws of the state of New York (the "Corporation"), does hereby certify that the following resolutions were duly adopted by the Board of Directors of the Corporation (the "Board"), and they have not been modified or rescinded and are still in full force and effect on the date hereof:

       RESOLVED, that, the Corporation approves the Chapter 11 filing for the corporation;

       RESOLVED, that, the <u>President</u> of the Corporation is hereby authorized to sign on behalf of the Corporation any forms for the Chapter 11 filing;

       RESOLVED FUETHER, that, the President is hereby authorized and directed to certify to any interested party that this resolution has been duly adopted, is in full force and effect, and is in accordance with the provisions of the charter and by-laws of the Corporation.

       IN WITNESS WHEREOF, I have hereunto set my hand this 28th day of 2015.

                                                            **ML Seafood Corp.**

                                                            By: <u>/s/ Tony Li</u>
                                                                 Tony Li, President