UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

                                                      Case No. 1-15-44983-nhl

ML SEAFOOD CORP.                               Chapter 11

              Debtor.

-----------------------------------------------------------x

### AFFIRMATION IN SUPPORT FOR AN ORDER TO GRANT A VOLUNTARILY DISMISSAL TO DEBTOR'S PETITION FOR RELIEF UNDER CHAPTER 11 BANKRUPTCY CASE

Kevin K. Tung, Esq. /Kevin Kerveng. Tung, PC, the undersigned, an attorney duly licensed to practice law in the Courts of the State of New York and admitted in the Eastern District of New York, hereby affirms the following:

1. Kevin Kerveng Tung PC, was retained by ML Seafood Corp. as counsel for the purpose of filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

2. The factual allegations in support of the Debtor's application are set forth in the Application and are incorporated herein by reference.

### BASIS FOR WITHDRAWL

3. Pursuant to 11 U.S.C. Section 707(a) of the Bankruptcy Code, "the court may dismiss a case under this chapter only after notice and a hearing and only for cause."

4. Based on information from the Debtor's principal, Mr. Tony Li, the Debtor has resolved the landlord-tenant disputes, which were the main reasons that drove Debtor to file for an emergency chapter 11 petition in order to stay the landlord's eviction proceeding and to reserve its business's operation. Mr. Tony Li further instructed me to

dismiss the instant chapter 11 petition to avoid further legal fees and costs which will encumber the business.

5.  Therefore, Debtor, acting in good faith, hereby moves to voluntarily withdraw its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

## CONCLUSION

6.  WHEREFORE, the Debtor respectfully requests that this Honorable Court issue an Order granting this motion for a voluntary dismissal to Debtor's voluntary petition for Chapter 11 Bankruptcy Relief and for such other and further relief as this Court deems just and equitable.

Dated: Queens, New York
      December 15, 2015      Respectfully submitted,

      KEVIN KERVENG TUNG, P.C.
      Attorneys for Debtor

      /s/ Kevin K. Tung_____
      Kevin K. Tung, Esq.
      136-20 38th Avenue, Suite 3D
      Flushing, New York 11354